■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLENIO ACEVEDO, Appellant. [873 NYS2d 907]—Judgment, Supreme Court, New York County (James A. Yates, J.), rendered March 8, 2007, convicting defendant, upon his plea of guilty, of assault in the second degree, and sentencing him to a term of two years, unanimously affirmed.

The imposition of mandatory surcharges and fees by way of court documents, but without mention in the court's oral pronouncement of sentence, was lawful (*see People v Guerrero*, 12 NY3d 45 [2009]). Concur—Mazzarelli, J.P., Friedman, Nardelli, Buckley and Freedman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWINEU MONROE, Appellant. [873 NYS2d 907]—Judgment, Supreme Court, New York County (James A. Yates, J.), rendered October 25, 2007, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fifth degree, and sentencing him to a term of 1½ years, unanimously affirmed.

The imposition of mandatory surcharges and fees by way of court documents, but without mention of the specific amount in the court's oral pronouncement of sentence, was lawful (*People v Guerrero*, 12 NY3d 45 [2009]). Concur—Tom, J.P., Nardelli, McGuire, Acosta and DeGrasse, JJ.